452 A.2d 1105

Commonwealth v. Williams, Appellant.

Submitted April 21, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

452 A.2d 1105

Commonwealth v. Wise, Appellant.
Petition for Allowance of Appeal Denied March 4, 1983.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.